C-13-16(FTP)
(Rev. 6/04)

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-06-81621 C-13D |
| Brian K. Wells | ) | |
| Crystal G. Wells | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING SALE OF REAL PROPERTY**

On February 10, 2011, a hearing was held on Motion by the Debtors for permission to sell property known as 122 Raymond St., Raeford, NC ("the real property"). At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtors, and Richard M. Hutson II, Standing Trustee appeared. No other party appeared or objected to the Motion. The Court, after considering the Motion in this case and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtors for permission to sell the real property to Maurice and Cindy Price (Purchasers) pursuant to the terms as stated in the Motion is granted.

2. The Debtors are authorized to execute any and all documents necessary to consummate the transfer, pay all outstanding liens, judgment liens, deeds of trust and other encumbrances of record, sales commissions, ad valorem taxes (pre-petition and post-petition) and other customary selling expenses from the sales proceeds.

3. The closing agent or attorney shall forward to the Chapter 13 Office, from the net proceeds of the sale, the amount necessary to pay out the Debtors' plan. Upon receipt of the funds, the Trustee will discontinue any disbursements to the lienholder of the real property.

4. The stay under Rule 6004(g) of the Federal Rules of Bankruptcy Procedure is not applicable to the provisions of the Order.

5. John T. Orcutt, Esq., counsel for the Debtors, is allowed attorney fees in the amount of $350.00 for services performed in the filing of this Motion and said fees shall be paid at the time of the closing on the real property.

**PARTIES IN INTEREST**
Page 1 of 1
06-81621 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**